UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: Demetrius Smith ) Case No. 17-11086-aih
) Chapter 13 Proceedings
Debtor ) Judge Arthur I. Harris

## TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

LAUREN A. HELBLING, Chapter 13 Trustee files notice that the amount required to cure the default in the below described claim has been paid in full.

### Claim Information

Creditor: Rushmore Loan Management Services

Proof of Claim number on Bankruptcy Court's registry: 2

Last 4 digits of number used to identify Debtor's account: 8342

### Trustee Payment Information

Prepetition Mortgage Arrearage

    Amount Stated in Proof of Claim: $12,907.89
        __X__ Includes the first payment due as conduit through the Plan
        _____ Does not include the first payment due as conduit through the Plan

    Amount Paid by Trustee: $12,907.89

Ongoing Mortgage Payments

  _X_ Paid by the Trustee through the bankruptcy plan
    i. Total paid to date by the Trustee: $55,153.41
    ii. First payment made on April 28, 2017 for the payment due March 01, 2017.
    iii. A mortgage payment was mailed by the Trustee on April 11, 2022 in the amount of $918.17 for the payment due March 1, 2022
    iv. A closing letter will be sent to all parties indicating when the debtor(s) should begin making their mortgage payments directly to the mortgage company.

  ___ Paid direct by the Debtor

Postpetition Fees, Expenses

    Amount stated on Form 410S2 $_____

    Amount paid by Trustee $_____

Pursuant to Federal Bankruptcy Rule 3002.1(g), within 21 days of the service of this Notice, the creditor shall file and serve on the Debtor, Debtor's counsel and Trustee a statement (1) indicating whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim, and (2) whether the

Debtor is otherwise current on all payments consistent with Section 1322(b)(5) of the Bankruptcy Code. The statement shall itemize the required cure and/or post-petition amounts, if any, that the creditor contends remain unpaid as of the date of the statement.

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Ch13trustee@ch13cleve.com

**CERTIFICATE OF SERVICE**

I certify that on April 18, 2022, a true and correct copy of this Notice of Final Cure Payment was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Roger S. Slain, Esq., on behalf of Demetrius Smith, Debtor, at roger@rogerslainlaw.com

And by regular U.S. mail, postage prepaid, on:

Demetrius Smith, Debtor, at 64 East 207th Street, Euclid, Oh 44123

Rushmore Loan Management Services, at P O Box 55004, Irvine, CA 92619-2708

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Ch13trustee@ch13cleve.com